# United States Court of Appeals

## For the Eighth Circuit

_____

No. 11-2984

_____

Sprint Communications Company, L.P.

*Plaintiff - Appellant*

v.

Elizabeth S. Jacobs; Swati A. Dandekar; Darrell Hanson, in his official capacity as a member of the Iowa Utilities Board

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: January 14, 2014
Filed: March 10, 2014

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

WOLLMAN, Circuit Judge.

This case is on remand from the United States Supreme Court. See Sprint Communications, Inc. v. Jacobs, 134 S. Ct. 584 (2013 ), in which the Supreme Court reversed this court's judgment in Sprint Communications Co. v. Jacobs, 690 F.3d 864 (8th Cir. 2012).

Accordingly, we now vacate our opinion in that case, reverse the district court's dismissal of the action, and remand the case to the district court for further proceedings in conformity with the opinion of the United States Supreme Court.

_____